**DISMISS and Opinion Filed May 6, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-23-01233-CV

**JEREMY MICHAEL LIEBBE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 19-90393-86-F**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

By motion filed April 17, 2024, appellant informs the Court that the parties have settled, and the trial court has entered an agreed order that provides "the exact relief [appellant] had sought[.]" Appellant requests we render judgment effectuating the parties' agreement and award him costs of the appeal.

Because the trial court has rendered judgment pursuant to the parties' agreement, we grant the motion to the extent we dismiss the appeal. *See* TEX. R. APP. P. 42.1.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

231233F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEREMY MICHAEL LIEBBE,
Appellant

No. 05-23-01233-CV      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 86th Judicial
District Court, Kaufman County, Texas
Trial Court Cause No. 19-90393-86-F.
Opinion delivered by Chief Justice
Burns, Justices Molberg and Pedersen,
III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellant Jeremy Michael Liebbe recover his costs of this appeal from appellee The State of Texas.

Judgment entered May 6, 2024.